**IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **No. 22-CR-00078-1** |
| **v.** | ) | |
| | ) | **Hon. Robert W. Gettleman** |
| **MITCH MOHDI** | ) | |

**MITCH MODHI'S SENTENCING POSITION**

Mitch Mohdi, by the Federal Defender Program and its attorney, Seema Ahmad, respectfully requests that this Court impose a sentence of 12 months in the custody of the Bureau of Prisons. That sentence takes into account the seriousness of the conduct while also considering Mr. Mohdi's lack of criminal history points and personal history and characteristics.

## I. Factual Background

On September 19, 2022, Mr. Mohdi appeared before this Court and pled guilty to a non-mandatory minimum charge of distributing a controlled substance in violation of 21 U.S.C. §841. PSR at ¶3. Specifically, the offense conduct in this case involves two drug transactions. *Id.* at ¶ 8, 11. The first occurred on January 25, 2022. *Id.* at 8. Mr. Mohdi acted as an intermediary between a drug supplier and a confidential source and facilitated the sale of about 10.6 grams of fentanyl pills. *Id.* The second occurred on February 8, 2022. *Id.* at 11. In similar fashion, Mr. Mohdi facilitated a sale between a

confidential source and a different supplier of approximately 42 grams worth of fentanyl pills. *Id.* at 11. The total value of both sales was approximately $6,000 although Mr. Mohdi only kept some portion of that for himself. *Id.*

## II. Mr. Mohdi has no objections to the Presentence Investigation Report and the Guideline calculation

The Presentence Investigation Report (PSR) concludes that Mr. Cardenas's total adjusted offense level is 21 and that he has 0 criminal history points (category I). PSR ¶27, 40. His guideline range is 37-46 months. PSR ¶77.

## III. The §3553 Factors Support a Sentence of 12 Months in Custody

Offense and Criminal History

Given that Mr. Mohdi has no criminal history points and no specific offense enhancements, his guidelines are driven entirely by the type and quantity of drugs involved. While fentanyl is surely a serious drug and Mr. Mohdi's conduct cannot be excused, calculating his sentence based solely on the nature and quantity of the drugs involved does not yield an appropriate sentence. Without excusing his conduct, Mr. Mohdi in this case was an intermediary and not a supplier himself. *Id.* at 8, 11. And although the drugs involved totaled a street value of $6,000, he only retained a portion of that amount to fuel his own personal habit. Perhaps most critically, Mr. Mohdi has zero criminal history points. *Id.* at 40. He has not spent any

significant time in custody prior to this arrest. A federal sentence of 12 months in custody is extremely serious and impactful in the context of his history.

Childhood and Background

Mr. Mohdi is 39 years old. *Id.* at 53. He grew up on the south side of Chicago with a physically and verbally abusive father. *Id.* at 54. The reports of abuse are corroborated by the letters submitted to this Court by Mr. Mohdi's siblings. Ahmad (Eddie) Mohdi, Mr. Mohdi's brother, writes:

> My father was shot 14 times in 1990, only God knows if that is what influenced him into the abusive man he was to us and my mother as young kids. Every day of our adolescence was a dreadful experience filled with abuse both physically and verbally. It was a real-life nightmare that never ended…

Letter of Ahmad (Eddie) Mohdi, attached as Exhibit A.

My way of example, both Eddie Mohdi and sister Rana Mohdi spoke with defense counsel and spoke about the abuse. Eddie Mohdi recounted one day when he was about 10 years old and Mr. Mohdi was about 13. It was their aunt's engagement day but rather than getting dressed, the boys were playing at the park. Their father pulled up to the park and beat both boys in front of the whole neighborhood including punching them in the face to the point they were bleeding.

Rana Mohdi recounted to defense counsel that when she was five or six years old, she flushed a spoon down the toilet. Her father told

her to get out of the house and hit her. Mr. Mohdi sat on the porch with her trying to console and protect her. Throughout the letters from the siblings, they describe Mr. Mohdi as being a "kind soul" and having a "big heart." Letters of Ruby Mohdi and Rana Mohdi attached as Exhibits B and C. They suggest that due to his soft-heartedness, Mr. Mohdi took the abuse particularly bad. Rana Mohdi writes, "We had a rough upbringing enduring years of abuse that I believe had an affect on Mitch. It never took away from his kindness but I felt it sometimes made him search for love and affection in the wrong places." Ex. C. Ahmad (Eddie) Mohdi states that Mr. Mohdi dealt with the trauma by partying and abusing drugs. Ex. A. He went into a downward spiral where his addiction increased and he ended up where we are today. *Id.*

Mr. Mohdi's background and his behavior is not that of a high-level or violent narcotics trafficker. This is a man who suffered quite a bit as a child and turned to drugs and alcohol to soothe his pain. His personal addiction got out of control and he turned to selling drugs to support his habit. The last year in custody has taught Mr. Mohdi quite a bit. He has had to seriously reevaluate his life in a way he was never forced to previously. As the Court will hear during sentencing, he hopes to better his life, work, and stay sober.

Family Support

One positive in Mr. Mohdi's life is the support of his family. As stated in the letters, all of his siblings are willing to support Mr. Mohdi. Ruby Mohdi says, "I am willing and able to emotionally support him as well as provide him a place to live and any financial support that he may need." Ex. B. Rana Mohdi reiterates her willingness to provide emotional support. Ex. C. Ahmad (Eddie) Mohdi is a business owner and has indicated to defense counsel that he can employ Mr. Mohdi upon release. With the lessons of the past year and the support of his family, Mr. Mohdi is poised to make better choices for himself in the future.

**IV. Conclusion**

For the reasons stated above Mr. Mohdi respectfully requests that this Court impose a custodial sentence of 12 months.

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
John Murphy
Executive Director

By: *s/ Seema Ahmad*
Seema Ahmad
Counsel for Mitch Mohdi

SEEMA AHMAD
FEDERAL DEFENDER PROGRAM
55 E. Monroe, Suite 2800
Chicago, IL 60603
(312) 621-8344

## CERTIFICATE OF SERVICE

The undersigned, Seema Ahmad, an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CRIM. P. 49, FED. R. CIV. P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

## MITCH MODHI'S SENTENCING POSITION

was served pursuant to the district court's ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on December 19, 2022, to counsel/parties that are non-ECF filers.

By: *\/s/ Seema Ahmad*

SEEMA AHMAD
FEDERAL DEFENDER PROGRAM
55 E. Monroe St., Suite 2800
Chicago, Illinois 60603
(312) 621-8344